# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIELLE LARSON,

   Plaintiff,     Case No. 2:15-cv-01372-RFB-GWF

vs.           **ORDER**

D WESTWOOD, INC. d/b/a TREASURES GENTLEMEN'S CLUB,

   Defendant.

This matter is before the Court on Plaintiff's Emergency Motion to Extend Discovery Deadlines (#33), filed on February 1, 2016. Defendant filed its Opposition (#36) on February 8, 2016.

Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests a 60-day extension of the discovery deadlines. The Court finds that Plaintiff has shown good cause to extend the discovery deadlines in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Extend Discovery Deadlines (#33) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Initial Expert Disclosures: **January 4, 2016**
2. Rebuttal Expert Disclosures: **February 1, 2016**
3. Last day to amend pleadings or add parties: **January 4, 2016**
4. Discovery cut-off: **May 2, 2016**
5. Dispositive Motions: **May 31, 2016**
6. Pre-trial Order: **July 1, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS FURTHER ORDERED** that absent compelling circumstances and a strong showing of good cause, no further extensions will be allowed.

DATED this 9th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge